Name and address:
Christopher Polaszek, Esq.
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, L 33602

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emily Hogan and Pamela Rubeo, et al <br><br> Plaintiff(s) <br><br> v. <br><br> ADT, LLC d/b/a ADT Security Services <br><br> Defendant(s). | CASE NUMBER <br><br> 2:12-cv-10558 <br><br> **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Christopher S. Polaszek, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Emily Hogan and Pamela Rubeo by whom I have been retained.

My business information is:

Morgan & Morgan, P.A.
*Firm Name*

201 North Franklin Street, 7th Floor
*Street Address*

Tampa, FL 33602
*City, State, Zip*

cpolaszek@forthepeople.com
*E-Mail Address*

813-314-6484
*Telephone Number*

813-222-2046
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| U.S. District Court - Middle District of Florida | 10/16/1997 |
| U.S. District Court - Northern District of Florida | 09/28/2004 |
| U.S. District Court - Southern District of Florida | 10/18/2004 |
| U.S. District Court - District of Colorado | 01/20/2009 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:12-cv-5476 | McGee v. AOBI | 09/14/2012 | Granted |
| 8:11-cv-01430 | Heesch, et al v. I-Flow, et al | 10/04/2011 | Granted |
| 2:10-cv-09157 | Martinez v. Breg, Inc. | 02/25/2011 | Granted |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate L. Timothy Fisher, Esq. as local counsel, whose business information is as follows:

Bursor & Fisher, P.A.
*Firm Name*

1990 North Carolina Blvd., Suite 940
*Street Address*

Walnut Creek, CA  94596
*City, State, Zip*

ltfisher@bursor.com
*E-Mail Address*

925-300-4455
*Telephone Number*

925-407-2700
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  1/7/13

Christopher S. Polaszek
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  1/9/13

L. Timothy Fisher
*Designee's Name (please print)*

*Designee's Signature*

191626
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

Court Admissions for Christopher S. Polaszek (cont'd):

| Court | Date of Admission |
|---|---|
| U.S. Supreme Court | 6/20/2005 |
| U.S. Court of Appeals – 2nd Circuit | 4/13/2009 |
| U.S. Court of Appeals – 11th Circuit | 8/25/2004 |
| All Florida State Courts | 9/24/1997 |



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida )

County of Leon )

In Re: 116866
Christopher Stephen Polaszek
201 One Tampa City Center, Ste. 700
Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 24, 1997.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this  19th  day of December, 2012.

*Willie Mae Shepherd*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLCW6:R10