1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Dominic Surprenant (Cal. Bar No. 165861)
2   dominicsurprenant@quinnemanuel.com
   Paul Slattery (Cal. Bar No. 285291)
3   paulslattery@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
5  Facsimile:    (213) 443-3100

6  Attorneys for Defendant ADT LLC, d/b/a
   ADT Security Services
7
   BURSOR & FISHER, P.A.
8  L. Timothy Fisher (State Bar No. 191626)
    ltfisher@bursor.com
9  Sarah N. Westcot (State Bar No. 264916)
    swestcot@bursor.com
10 Annick M. Persinger (State Bar No. 272996)
    apersinger@bursor.com
11 1990 North California Boulevard, Suite 940
   Walnut Creek, CA 94596
12 Telephone:   (925) 300-4455
   Facsimile:    (925) 407-2700
13
   Attorneys for Plaintiffs John Adamson, Emily
14 Hogan, John Llewellyn and Jackie Warncke

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMSON, EMILY HOGAN, JOHN LLEWELLYN and JACKIE WARNCKE On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADT, LLC d/b/a ADT SECURITY SERVICES and DOES 1 through 10, inclusive,<br><br>Defendants. | CV12-10558-DMG (FMOx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF PAMELA RUBEO ONLY[34]** |

1  WHEREAS, on April 26, 2013, Defendant ADT LLC d/b/a ADT Security Services ("Defendant") served on Plaintiff Pamela Rubeo ("Plaintiff") a Federal Rule of Civil Procedure 68 Offer of Judgment [Doc. # 30];

WHEREAS, on May 16, 2013, Defendant filed Notice of Plaintiff's Acceptance of Defendant's Offer of Judgment [Doc. # 34];

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1.  Final judgment is entered in favor of Plaintiff Pamela Rubeo and against Defendant ADT LLC d/b/a ADT Security Services on Plaintiff's Complaint filed December 10, 2012 [Doc. # 1] and each and every one of Plaintiff Rubeo's claims for relief therein.  This judgment is entered without trial or adjudication of any fact or law, and without this judgment constituting evidence against or admission by any party with respect to any issue of fact or law.

2.  Plaintiff Pamela Rubeo shall recover one thousand dollars ($1,000), plus recoverable costs of seven-hundred and eleven dollars and ninety-five cents ($711.95), from Defendant ADT LLC d/b/a ADT Security services.  This amount shall be the entirety of Plaintiff Rubeo's relief in this matter, shall resolve any and all of Plaintiff Rubeo's claims in this action, including without limitation any and all claims for injunctive relief, damages, pre-judgment interest, post-judgment interest, treble damages, attorneys' fees, costs, expenses, or any other relief demanded by Plaintiff Rubeo.

IT IS SO ORDERED.

Dated:  July 26, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE