**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        apersinger@bursor.com
        jluster@bursor.com

*Attorneys for Plaintiffs*
*(additional counsel appears on signature page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMSON, MICHAL CLARK, JOHN LLEWELLYN, ANDREA STANLEY and JACKIE WARNCKE, on Behalf of Themselves and all Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>ADT, LLC d/b/a ADT SECURITY SERVICES and DOES 1 through 10, inclusive,<br><br>                    Defendant. | Civil Action No. 2:12-cv-10558-DMG-FMO<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
CASE NO. 2:12-CV-10558-DMG-FMO

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On September 4, 2014, the parties in the above-entitled action participated in a mediation with Jill R. Sperber, Esq. from the Court's Mediation Panel. The parties have reached a settlement of the remaining claims in the action and will file a stipulation of dismissal with prejudice shortly.

Dated:   September 8, 2014              **BURSOR & FISHER, P.A**

By:   */s/ L. Timothy Fisher*
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            apersinger@bursor.com
            jluster@bursor.com

**MORGAN & MORGAN, P.C.**
Peter Safirstein (*pro hac vice*)
Elizabeth S. Metcalf
28 West 44th Street, Suite 2001
New York, NY  10001
Telephone:  (212) 273-1135
Facsimile:   (212) 564-1807
Email:  psafirstein@forthepeople.com
            emetcalf@forthepeople.com

**MORGAN & MORGAN, P.C.**
Christopher S. Polaszek (*pro hac vice*)
One Tampa City Center
201 N. Franklin St., 7th Fl.
Tampa, FL  33602
Telephone:  (813) 314-6484
Facsimile:   (813) 222-2406
Email:  cpolaszek@forthepeople.com

| | |
|---|---|
| | **LAW OFFICE OF JANA EISINGER, PLLC**<br>Jana Eisinger (*pro hac vice*)<br>11 West Prospect Avenue<br>Mount Vernon, New York  10550<br>Telephone:  (914) 418-4111<br>Facsimile:   (914)  455-0213<br>Email:  Jana.Eisinger@gmail.com<br><br>**REICH RADCLIFFE & KUTTLER LLP**<br>Marc G. Reich (State Bar No. 159936)<br>4675 MacArthur Court, Suite 550<br>Newport Beach, CA  92660<br>Telephone:  (949) 975-0512<br>Facsimile:    (949) 975-0514<br>Email:  mgr@reichradcliffe.com<br><br>*Attorneys for Plaintiffs* |
| Dated:  September 8, 2014 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>By:   /s/ *Dominic Surprenant*<br>         Dominic Surprenant<br><br>Dominic Surprenant (State Bar No. 165861)<br>Paul Slattery (State Bar No. 285291)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:    (213) 443-3100<br>E-Mail:<br>dominicsurprenant@quinnemanuel.com<br>paulslattery@quinnemanuel.com<br><br>*Attorneys for Defendant ADT LLC d/b/a ADT Security Services* |