**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Dominic Surprenant (Cal. Bar No. 165861)
 dominicsurprenant@quinnemanuel.com
Paul Slattery (Cal. Bar No. 285291)
 paulslattery@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant ADT LLC, d/b/a ADT Security Services*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
 ltfisher@bursor.com
Annick M. Persinger (State Bar No. 272996)
 apersinger@bursor.com
Julia A. Luster (State Bar No. 295031)
 jluster@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:   (925) 300-4455
Facsimile:    (925) 407-2700

*Attorneys for Plaintiffs*
*(additional counsel appear on signature page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMSON, MICHAL CLARK, JOHN LLEWELLYN, ANDREA STANLEY, and JACKIE WARNCKE, on Behalf of Themselves and all Others Similarly Situated,<br><br>                    Plaintiffs,<br>     v.<br><br>ADT, LLC d/b/a ADT SECURITY SERVICES,<br>                    Defendant. | Case No. CV12-10558 DMG (PLAx)<br><br>**STIPULATION REGARDING DISMISSAL**<br><br>Courtroom  7<br>Judge:  Hon. Dolly M. Gee |

STIPULATION REGARDING DISMISSAL
CASE NO. CV12-10558 DMG (PLAx)

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs John Adamson, John Llewellyn, Michal Clark, Andrea Stanley, and Jackie Warncke and Defendant ADT LLC d/b/a ADT Security Services hereby stipulate, by and through their respective counsel of record, that Plaintiffs' Second Amended Complaint shall be dismissed with prejudice in its entirety pursuant to a settlement agreement reached by the parties.

Dated: October 8, 2014

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:   /S/ Dominic Surprenant
      Dominic Surprenant

Dominic Surprenant (State Bar No. 165861)
 dominicsurprenant@quinnemanuel.com
Paul Slattery (State Bar No. 285291)
 paulslattery@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendant ADT LLC d/b/a ADT Security Services*

Dated:   October 8, 2014

**BURSOR & FISHER, P.A**

By:   /s/  L. Timothy Fisher
      L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700

|   |   |
|---|---|
| 1 | E-Mail: ltfisher@bursor.com |
| 2 | apersinger@bursor.com |
|   | jluster@bursor.com |

**MORGAN & MORGAN, P.C.**
Peter Safirstein (*pro hac vice*)
Elizabeth S. Metcalf
28 West 44th Street, Suite 2001
New York, NY  10001
Telephone:  (212) 273-1135
Facsimile:   (212) 564-1807
Email:  psafirstein@forthepeople.com
        emetcalf@forthepeople.com

**MORGAN & MORGAN, P.C.**
Christopher S. Polaszek (*pro hac vice*)
One Tampa City Center
201 N. Franklin St., 7th Fl.
Tampa, FL  33602
Telephone:  (813) 314-6484
Facsimile:   (813) 222-2406
Email:  cpolaszek@forthepeople.com

**LAW OFFICE OF JANA EISINGER, PLLC**
Jana Eisinger (*pro hac vice*)
11 West Prospect Avenue
Mount Vernon, New York  10550
Telephone:  (914) 418-4111
Facsimile:   (914)  455-0213
Email:  Jana.Eisinger@gmail.com

**REICH RADCLIFFE & KUTTLER LLP**
Marc G. Reich (State Bar No. 159936)
4675 MacArthur Court, Suite 550
Newport Beach, CA  92660
Telephone:  (949) 975-0512
Facsimile:    (949) 975-0514
Email:  mgr@reichradcliffe.com

*Attorneys for Plaintiffs*

---

STIPULATION REGARDING DISMISSAL
CASE NO. CV12-10558 DMG (PLAx)                                          2