# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADAMSON, MICHAL CLARK, JOHN LLEWELLYN, ANDREA STANLEY, and JACKIE WARNCKE, on Behalf of Themselves and all Others Similarly Situated,<br><br>               Plaintiffs,<br>  v.<br><br>ADT, LLC d/b/a ADT SECURITY SERVICES,<br>               Defendant. | Case No. CV12-10558 DMG (PLAx)<br><br>**ORDER DISMISSING CASE [130]** |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the
2  stipulation of the parties, and the settlement agreement reached by the parties, the
3  above-captioned action is hereby DISMISSED with prejudice in its entirety.
4      IT IS SO ORDERED.

6  DATED: October 9, 2014          _____
7                                          DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE